# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABREAL EUSTACE GRIFFIN,<br><br>    Petitioner,<br><br>    v.<br><br>KELLY HARRINGTON,<br><br>    Respondent. | Case No. CV 09-0420-GAF (JEM)<br><br>**JUDGMENT** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith.

    IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: September 1, 2010

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE